SYLVIA GELLENS v. 11 WEST 42ND STREET, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID GLICKMAN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN RENSSELAER ESTATES, INC., and THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN B. HOFSTADTER, Successor Trustee, etc., v. HENRY M. GOLDFOGLE and Others, etc. (Taxes for 1925–1931, Inclusive.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN B. HOFSTADTER, Successor Trustee, etc., v. JAMES J. SEXTON and Others, etc. (Taxes for 1932, 1933, 1935, 1936, 1937, 1938 and 1st Half of 1939.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [See ante, p. 1000.]

CITY BANK FARMERS TRUST COMPANY, etc., v. 123 WEST 110TH STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator, etc., of GEORGE BARTON, Also Known as GEORGE W. BARON and GEORGE W. BARTON, Deceased. ANDREW McCARTY. PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

EIGHTH AVENUE COACH CORPORATION v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 870.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH T. McCARTHY v. THE CITY OF NEW YORK and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 870.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JULIUS H. KAMERMAN v. WILLIAM B. CURTIS.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of JOSEPH ULANO for an Order Directing Arbitration of a Dispute between Petitioner and HAROLD B. AVERICK.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon, and Dore, JJ.